FILED
SEP 0 9 1998
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § V. § § YOLANDA DELGADO § aka YOLANDA MARTINEZ, § § Defendant. § § | CIVIL NO. SA-98-CA-728-DWS |

## ORDER

The Court is in receipt of the Notice of Dismissal filed by the Plaintiff pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure on September 3, 1998.[1]

Accordingly, it is ORDERED that the above-styled and captioned action be, and the same is hereby, DISMISSED WITHOUT PREJUDICE.

SIGNED this the 9th day of September, 1998.

_____
D.W. SUTTLE
Senior United States District Judge

---

[1]  Docket Entry No. 2.